NICOLA T. HANNA
United States Attorney
PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division
JUDITH A. HEINZ (Cal. Bar No. 176264)
Assistant United States Attorney
Senior Trial Counsel, National Security Division
JAMES C. HUGHES (Cal. Bar No. 263878)
Assistant United States Attorney
Tax Division
MELANIE SARTORIS (Cal. Bar No. 217560)
WILLIAM M. ROLLINS (Cal. Bar No. 287007)
Assistant United States Attorneys
Terrorism and Export Crimes Section
KHALDOUN SHOBAKI (Cal. Bar No. 232864)
Assistant United States Attorney
Cyber & Intellectual Property Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:    (213) 894-7280/5615/7407/0759
    Facsimile:    (213) 894-2927
    E-mail:   judith.heinz@usdoj.gov
              james.hughes2@usdoj.gov
              melanie.sartoris@usdoj.gov
              william.rollins@usdoj.gov
              khaldoun.shobaki@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>                 v.<br><br>YI-CHI SHIH,<br>  aka "Yichi Shih,"<br>  aka "Yuqi Shi," et al,<br><br>              Defendants. | No. CR 18-50(B)-JAK<br><br>GOVERNMENT'S SUBMISSION OF RESPONSES TO DEFENDANT'S OBJECTIONS TO EXHIBITS EXPECTED TO BE INTRODUCED ON MAY 28, 2019 DURING DIRECT EXAMINATION OF SPECIAL AGENT BERGER; ATTACHMENT A |

1  Attached hereto is a chart listing what it believes are the
2 disputed exhibits that the government will seek to introduce at trial
3 on May 28, 2019, during the direct examination of Special Agent
4 Robert Berger.  The attached chart sets forth the exhibit numbers, a
5 description of the exhibits, the defendant's objections, and the
6 government's responses.

7  The government sent a list of these disputed exhibits to the
8 defense on Sunday, May 26, 2019, at approximately 9:10 a.m., and
9 requested an update on defense objections.  As of Monday, May 27,
10 2019, at approximately 7:09 p.m., the government had received no
11 update.

12  With respect to exhibits to which defendant has previously
13 stated he has no objection, the government will seek the Court's
14 authorization to admit those before direct examination begins in the
15 interest of expediency and conserving trial time.

16 Dated:  May 27, 2019                    Respectfully submitted,

                                         NICOLA T. HANNA
                                         United States Attorney

                                         PATRICK R. FITZGERALD
                                         Assistant United States Attorney
                                         Chief, National Security Division

                                              /s/
                                         _____
                                         JUDITH A. HEINZ
                                         JAMES C. HUGHES
                                         MELANIE SARTORIS
                                         WILLIAM M. ROLLINS
                                         KHALDOUN SHOBAKI
                                         Assistant United States Attorneys